# NO. 12-18-00159-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RONDAL L. HITE,*<br>*APPELLANT* | § | *APPEAL FROM THE 188TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *SOUTHERN SPORTS HOLDINGS,*<br>*INC.,*<br>*APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Rondal L. Hite, filed an agreed motion to dismiss this appeal. In his motion, Hite states that the parties reached a settlement agreement. The motion is signed by counsel for each party. Because Hite has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), we ***grant*** the agreed motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered September 5, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

SEPTEMBER 5, 2018

NO. 12-18-00159-CV

**RONDAL L. HITE,**
Appellant
V.
**SOUTHERN SPORTS HOLDINGS, INC.,**
Appellee

Appeal from the 188th District Court

of Gregg County, Texas (Tr.Ct.No. 8291)

THIS CAUSE came on to be heard on the agreed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is the opinion of this court that the motion to dismiss be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** and that all costs of this appeal be, and the same are, adjudged against the party that incurred them; for which execution may issue; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*